IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00749-RM-BNB

JEREMY PINSON,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
ANTHONY OSAGIE,
DAVID ALLRED,
CHRISTOPHER WILSON,
LISA GREGORY,
DAVID BERKEBILE, and
D. HALL,

Defendants.

_____

**ORDER**
_____

This matter arises on the plaintiff's **Verified Emergency Motion for TRO/and Preliminary Injunction / Evidentiary Hearing Requested With Expedited Consideration** [Doc. #50, filed 11/08/2013] (the "Motion). The Motion is STRICKEN.

The plaintiff is incarcerated by the Federal Bureau of Prisons ("BOP") at the United States Penitentiary-Administrative Maximum in Florence, Colorado ("ADX"). The plaintiff is proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915 and has been assessed three strikes under 28 U.S.C. § 1915(g) because he is an abusive filer.[1]

The plaintiff's Motion seeks the same relief as a motion for injunctive relief [Doc. #16]

---

[1] The plaintiff's abusive filing history is addressed in Civil Action No. 13-cv-01384-RM-BNB, Document #5, and is obvious from Attachment A to the Complaint in that case [Doc. #1, pp. 9-14] which lists approximately 125 previous cases filed by the plaintiff.

and supplement [Doc. #20] filed previously by the plaintiff and set for hearing by the court [Doc. #51]. The plaintiff may not file redundant motions.

IT IS ORDERED:

1. The plaintiff's Verified Emergency Motion for TRO/and Preliminary Injunction / Evidentiary Hearing Requested With Expedited Consideration [Doc. #50] is STRICKEN;

2. The plaintiff shall cease filing redundant and inappropriate motions in this case (and all other cases); and

3. Failure to comply with this order may result in sanctions, including dismissal of this case with prejudice.

Dated November 14, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge