IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action:    13-cv-00749-RM-BNB | Date:  January 22, 2014 |
| Courtroom Deputy:    Brandy Simmons | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| JEREMY PINSON | *Pro Se by Videoconference* |
| **Plaintiff(s)** | |
| v. | |
| FEDERAL BUREAU OF PRISONS<br>ANTHONY OSAGIE<br>DAVID BERKEBILE | *Timothy B. Jafek* |
| **Defendant(s)** | |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session:  9:14 a.m.

Appearance of counsel and *pro se* Plaintiff via video conference. Also present is Clay Cook with Mr. Jafek.

9:16 a.m.     Plaintiff sworn. Testimony given with questions from the bench Plaintiff is cross-examined by Mr. Jafek.

Plaintiff's witness, Antoine Bruce, called and sworn. Witness Bruce appears by videoconference.

9:30 a.m.     Direct examination of Mr. Bruce by Mr. Pinson.
9:45 a.m.     Cross examination of Mr. Bruce by Mr. Jafek.
9:46 a.m.     Redirect examination of Mr. Bruce by Mr. Pinson.

Plaintiff reserves right to re-call Mr. Bruce for rebuttal testimony.
Plaintiff's video exhibits 1, 2 and 4 are presented and offered.
Plaintiff's video exhibit 5 is offered.
Exhibits 1,2,4 and 5 admitted.

Defendants' witness, Roger Huddleson, called and sworn. Witness Huddleson appears by videoconference.

| | |
|---|---|
| 10:07 a.m. | Direct examination of Mr. Huddleson by Mr. Jafek.<br>**Defendants' Exhibit B is ADMITTED.** |
| 10:18 a.m. | Cross examination of Mr. Huddleson by Mr. Pinson. |
| 10:24 a.m. | Redirect examination of Mr. Huddleson by Mr. Jafek. |
| 10:26 a.m. | Court in recess. |
| 10:41 a.m. | Court in session. |

Defendants' witness, Dr. David Allred, called and sworn.

| | |
|---|---|
| 10:43 a.m. | Direct examination of Dr. Allred by Mr. Jafek.<br>**Defendants' Exhibit A is ADMITTED over Plaintiff's objection.** |
| 11:09 a.m. | Cross examination of Dr. Allred by Mr. Pinson. |

Defendants' witness, Steven Julian, called and sworn.

| | |
|---|---|
| 11:29 a.m. | Direct examination of Mr. Julian by Mr. Jafek. |
| 11:39 a.m. | Cross examination of Mr. Julian by Mr. Pinson.<br>**Defendants' Exhibit E is ADMITTED.** |

Defendants' witness, Anthony Osagie, called and sworn. Witness Osagie appears by videoconference.

| | |
|---|---|
| 11:45 a.m. | Direct examination of Mr. Osagie by Mr. Jafek. |
| 11:50 a.m. | Cross examination of Mr. Osagie by Mr. Pinson. |

Plaintiff calls witness Mark Andreis. Witness is called and sworn. Witness Andreis appears by videoconference.

| | |
|---|---|
| 11:53 a.m. | Direct examination of Mr. Andreis by Mr. Pinson. |

Discussion held regarding Defendants' responding to the Complaint by way of answer or motion to dismiss, Defendants' response to Plaintiff's Motion to Amend Complaint, Plaintiff's request to speak to Mr. Jafek by telephone regarding settlement.

**ORDERED:   Defendants' shall file a response to Plaintiff's Motion to Amend Complaint on or before February 3, 2014.**

The Court takes Plaintiff's Emergency Motion for Injunction under advisement, written recommendation to issue.

Court in Recess:  12:04 p.m.   Hearing concluded.    Total time in Court:  02:35