IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00749-RM-BNB

JEREMY PINSON,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
ANTHONY OSAGIE,
DAVID ALLRED,
CHRISTOPHER WILSON,
LISA GREGORY,
DAVID BERKEBILE, and
D. HALL,

Defendants.
_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion for Alternative Dispute Resolution** [Doc. #74, filed 02/03/2014] (the "Motion"), which is DENIED.

The plaintiff requests that the "court order this case submitted for an Early Neutral Evaluation and/or Alternative Dispute Resolution Process." The action does not appear to be amenable to alternative dispute resolution. Further, in view of the plaintiff's history of abusive litigation,[1] I will not consider ordering alternative dispute resolution in this case absent a joint motion from all parties.

IT IS ORDERED that the Motion [Doc. # 74] is DENIED.

---

[1] See Recommendation [Doc. # 78] at p. 2 n.1.

Dated February 20, 2014.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge