IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 13-cv-00749-RM-BNB

JEREMY PINSON,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, et al,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER is before the Court on Plaintiff's Consolidated Motion to Dismiss (ECF No. 87) and Response to Order to Show Cause (ECF No. 92). In the Motion, Plaintiff requests this Court to dismiss his case. In the Response, Plaintiff confirms he wishes to have his case dismissed, stating "I do not contest dismissal with prejudice as I already filed a motion to dismiss." Upon consideration of the Plaintiff's requests, and being otherwise fully advised in the premises, it is

ORDERED that Plaintiff's complaint and this entire action are hereby DISMISSED WITH PREJUDICE, with each party to bear his or its own costs.

DATED this 2nd day of May, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge